# IPP International U.G. Declaration Exhibit A
# File Hashes for IP Address 108.28.110.88

**ISP:** Verizon Online, LLC
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/03/2019 15:48:49 | 942D58D2133F4B83550E5C2CD91610F96212C11A | Surprise Sex For Three |
| 03/02/2019 20:38:19 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 03/02/2019 19:19:44 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 01/19/2019 18:35:33 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 01/19/2019 15:46:06 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 11/05/2018 03:26:37 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 11/04/2018 12:35:57 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |

**Total Statutory Claims Against Defendant: 7**