**Copyrights-In-Suit for IP Address 108.28.110.88**

**ISP:** Verizon Online, LLC
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Surprise Sex For Three | PA0002140492 | 09/21/2018 | 09/24/2018 | 03/03/2019 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 03/02/2019 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 03/02/2019 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 01/19/2019 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 01/19/2019 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 11/05/2018 |
| Threesome With a View | PA0002015110 | 04/15/2016 | 05/31/2016 | 11/04/2018 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

EVA452